## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 11-cv-02818-WJM-MJW

BILLIE J. FIGUEROA,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

    Defendant.

_____

### ORDER GRANTING STIPULATED MOTION FOR PARTIAL DISMISSAL
_____

This matter comes before the Court on the Parties' Stipulated Motion for Partial Dismissal filed January 20, 2012 (ECF No. 9). The Court having reviewed the parties' Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion for Partial Dismissal is GRANTED. It is FURTHER ORDERED that the Second and Third Claims for Relief in Plaintiff's Complaint in this action, including any damages pleaded in connection therewith, and all claims brought or which could have been brought in this action other than as stated in Plaintiff's First Claim for Relief in her Complaint, shall be DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs associated with those claims.

Dated this 23rd day of January, 2012.

BY THE COURT:

William J. Martínez
United States District Judge